435-07/MEU/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
JS OCEAN LINERS INC.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Micahel E. Unger (MU 0045)
Manuel A. Molina (MM 1017)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JS OCEAN LINERS INC.,

        Plaintiff,

-against-

DAO CONSTRUCTION PTY. LTD.,

        Defendant.
-----------------------------------------------------------x



**RULE 7.1 STATEMENT**

JS OCEAN LINERS INC., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation owns 10% or more of the stock of the company.

Dated: New York, New York
      September 6, 2007

                      FREEHILL HOGAN & MAHAR, LLP
                      Attorneys for Plaintiff
                      JS OCEAN LINERS INC.

    By: _____
             Michael E. Unger (MU 0045)
             Manuel A. Molina (MM 1017)
             80 Pine Street
             New York, New York 10005
             Phone: (212) 425-1900
             Fax: (212) 425-1901