

## LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL reception@freehill.com
www.freehill.com

GEORGE B FREEHILL
WILLIAM L JUSKA, JR
JAMES L ROSS*
ERIC E LENCK
JOHN J WALSH*
PATRICK J BONNER*
PETER J GUTOWSKI
MARK F MULLER
WAYNE D. MEEHAN*
DON P MURNANE, JR
THOMAS M RUSSO
THOMAS M CANEVARI'
MICHAEL FERNANDEZ*
JOHN F KARPOUSIS*'
MICHAEL E UNGER*'
WILLIAM J PALLAS*
GINA M VENEZIA
LAWRENCE J KAHN*
BARBARA G CARNEVALE*'
MANUEL A MOLINA
JUSTIN T NASTRO*
PAMELA L SCHULTZ*'
DANIEL J FITZGERALD*'
MICHAEL C ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
' ALSO ADMITTED IN CONNECTICUT
ALSO ADMITTED IN WASHINGTON D C
° ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N J  07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

RECEIVED
OCT 10 2007
CHAMBERS OF
COLLEEN McMAHON

October 9, 2007

Our Ref: 435-07/MEU

*adjourn sine die*
/s/ Colleen McMahon
10/10/07

**BY HAND**

The Honorable Colleen McMahon
Daniel Patrick Moynihan U.S. Courthouse
5000 Pearl Street, Room 640
New York, New York  10007

      Re:     JS Ocean Liners, Inc. v. Dao Construction Pty Ltd., 07-7851 (CM)

Dear Judge McMahon:

      We represent the Plaintiff in connection with the above-referenced action. We write to request an adjournment of the initial status conference that is scheduled for October 11, 2007 at 2:45 p.m.

      Plaintiff initiated this action on September 6, 2007 seeking security, in the sum of $131,843.73 for its maritime claim (following the issuance of a London final arbitration award in Plaintiff's favor) via an attachment of Defendant's property in this District pursuant to Rule B. Your Honor granted Plaintiff's application on the same day. Despite continued efforts, Plaintiff has not been successful in restraining any assets of the Defendant, although it continues to effect daily service of the Process of Maritime Attachment and Garnishment upon various New York banks. We note that Local Admiralty Rule B.2 recognizes the importance of keeping Rule B actions *ex parte* until property is actually restrained, and provides that notice of attachment is not required to be given to the Defendant until after its property has been restrained. As no assets have been captured, the Defendant therefore has not received notice of the upcoming conference.

NYDOCS1/291488 1

The Honorable Colleen McMahon
October 9, 2007
Page 2

    In light of the foregoing considerations, we therefore respectfully request that Your Honor grant the within application and adjourn the October 11 conference.

    Respectfully submitted,

    FREEHILL HOGAN & MAHAR, LLP

    *Manuel A. Molina* (signature)
    Manuel A. Molina